PETER VANNUCCHI v. SUSAN VANNUCCHI.

March 30, 1971. Petition for certification denied. (See 113 *N. J. Super.* 40.)

STATE OF NEW JERSEY v. EDWARD A. LYNCH.

March 30, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES N. GRAY.

March 30, 1971. Petition for certification granted.

GARDEN STATE RACING ASSOCIATION v. LOCAL 170, BAR-TENDERS, HOTEL, MOTEL & RESTAURANT WORKERS UNION, AFL-CIO, *ET AL.*

March 30, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. BENNIE HARVEY.

March 30, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JESSE CARMICHAEL, *ET AL.*

March 30, 1971. Petition for certification denied.